# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| WENDELL LEONARD CRUSE, : | |
| Plaintiff, : | Case No. 2:18-cv-1542 |
| : | |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | Magistrate Judge Vascura |
| SGT. MONTROSE, *et al.*, : | |
| Defendants. : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's January 10, 2019 **Report and Recommendation** (ECF No. 6), which recommended that this matter be dismissed without prejudice per Rule 41(b) of the Federal Rules of Civil Procedure.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 14 at 3-4). The Plaintiff failed to file any objections, and the deadline for objections (January 24, 2019) has lapsed.

Therefore this Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. This matter is hereby **DISMISSED without prejudice** under Rule 41(b). No filing fee is to be assessed in this matter. The Plaintiff shall list 2:18-cv-1542 as a related case if he re-files this action.

**IT IS SO ORDERED.**

                                              s/ Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**DATED: May 23, 2019**